UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CONTEMPORARY CREATIONS, INC.                    CIVIL ACTION
D/B/A NAMEMAKERS/CAMPUS
CONNECTION

VERSUS                                          NO: 06-8190

LAFAYETTE INSURANCE COMPANY                     SECTION: "J"(3)


**ORDER AND REASONS**

Before the Court is Plaintiff's **Motion to Remand (Rec. Doc. 5)**. Lafayette Insurance Company opposed this motion, which is set for hearing before the Undersigned on April 18, 2007 on the briefs alone.  Upon review of the record, the memoranda of counsel, and the applicable law, this Court now finds that, for the same reasons set forth by the undersigned in <u>Southall v. St. Paul Travelers Ins. Co.</u>, 2006 WL 2385365 (E.D. La. Aug. 16, 2006) in its discussion of the Multiparty, Multiforum Trial Jurisdiction Act of 2002 ("MMTJA"), Plaintiff's motion to remand should be granted and this case should be remanded to the state court from which it was removed.  Accordingly,

**IT IS ORDERED** that Plaintiff's **Motion to Remand (Rec. Doc. 5)** should be and hereby is **GRANTED**.  This matter is hereby

remanded to the state court from which it was removed.

New Orleans, Louisiana this 17th day of April, 2007.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE